FILED

04/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0748

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0748

STATE OF MONTANA,

Petitioner,

v.

JONATHAN PARTAIN,

Respondent.

## ORDER GRANTING EXTENSION

UPON consideration of Respondent's motion for extension of time, as well as agreement, IT IS HEREBY ORDERED that Respondent is granted an extension of time up to and including May 29, 2024, within which to prepare, file, and serve Respondent's brief on appeal.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 15 2024